AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of Massachusetts

| | | |
|---|---|---|
| United States of America<br>v.<br><br>GARY BOUCHER<br><br>_____<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No.    26-mj-4166-DHH |

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    GARY BOUCHER                                                        ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☑ Complaint

☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. § 846- Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances
18 U.S.C. § 1956(h)- Money Laundering Conspiracy

Date:    **May 5, 2026**                               _David H. Kennedy_
                                                          *Issuing officer's signature*

City and state:    Worcester, Massachusetts        David H. Hennessy, United States Magistrate Judge
                                                          *Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 5/14/2026 , and the person was arrested on *(date)* 5/14/2026<br>at *(city and state)* Shirley, MA .<br><br>Date: 5/14/2026                        _____<br>                                            *Arresting officer's signature*<br><br>                                            John Caldarone, Special Agent<br>                                            *Printed name and title* |