**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **VS.** | ) | **DOCKET NO. 26-MJ-04166** |
| | ) | |
| **GARY BOUCHER,** | ) | |
| **Defendant** | ) | |

**MOTION TO AMEND CONDITIONS OF SUPERVISED RELEASE**

Now comes the Defendant, Gary Boucher and moves to amend his conditions of release. As grounds for this motion the undersigned states as follows:

1. The defendant's conditions of release restricts him from traveling out of the District of Massachusetts.
2. The defendant requests that he be permitted to travel outside of the District of Massachusetts to attend a family vacation. He will be traveling to Lake Camping Resort located at 485 Prospect Street, Lancaster, New Hampshire from September 3, 2026 through September 8, 2026.
3. Further, the undersigned has conferred with the Government about this motion and the Government, through its attorney, Danial Bennett, has no objection to the motion.

Wherefore the Defendant requests his conditions of supervision be amended as outlined above.

Respectfully submitted,
The Defendant, by her attorney

/s/ Edward P. Ryan, Jr.

Dated: August 31, 2026

Edward P. Ryan, Jr., Esq
O'Connor and Ryan, P.C.
80 Erdman Way, Suite 309
Leominster, MA 01453
978-534-1301
BBO # 434960

CERTIFICATE OF SERVICE

I, Edward P. Ryan, Jr., *Attorney for the Defendant*, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants.

/s/ Edward P. Ryan, Jr.
Edward P. Ryan, Jr.